UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| DONNA PILCH, | ) | **JUDGMENT** |
|     Plaintiff, | ) | |
| | ) | No. 5:11-CV-352-H |
| v. | ) | |
| | ) | |
| LORRIN FREEMAN, | ) | |
|     Defendant. | ) | |

**Decision by Court.**
**This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration of defendant's motion to dismiss along with several motions filed by the plaintiff.**

    **IT IS ORDERED, ADJUDGED AND DECREED defendant's motion to dismiss is granted and plaintiff shall have and recover nothing of the defendant.**

This Judgment Filed and Entered on Tuesday, December 13, 2011 with service on:

Donna M. Pilch (via US Mail), 1114 Autumn Day Drive, Morrisville, NC 27560
David J. Adinolfi, II (via cm/ecf Notice of Electronic Filing)

Date: December 13, 2011

                                                    DENNIS P. IAVARONE, CLERK
                                                    /s/ Delsia Heath
                                                    (By): Delsia Heath, Deputy Clerk